Lance Kamuela Gomes
Brandee Leigh Abuan
I. A. G.
B. A. K. G.
P. O. BOX 382
Kalaheo, HI 96741
808-278-8243
kamuela@live.com
PRO SE

ORIGINAL
cc: FILER

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
SEP 23 2020
at 2 o'clock and 17 min. P M
MICHELLE RYNNE, CLERK Jr

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Lance Kamuela Gomes; Brandee Leigh Abuan; I. A. G. (m); B. A. K. G. (f). ) ) ) *Plaintiffs* ) -v- ) ) ) ) COUNTY OF KAUAI ) ) *Defendant* ) _____) | Civil No. 20-00189 JMS-WRP  FIRST AMENDED COMPLAINT DEMAND FOR JURY TRIAL EXHIBITS A, B CERTIFICATE OF SERVICE  Hearing Date: Judge: |

**JURISDICTION AND VENUE**

1.  Under 42 U.S.C. § 1983, Plaintiffs, Lance Kamuela Gomes; Brandee Leigh Abuan; individually and on behalf of their minor children, I. A. G.; and B. A. K. G.; herein after known as ("Plaintiffs" at times "Plaintiffs and their Children") brings this complaint, and seeks Personal Compensatory Damages, Punitive Damages, Declaratory, and Injunctive relief against the Defendant, COUNTY OF KAUAI, hereinafter known as ("Defendant"), under 42 U.S.C. § 1983, on the

Received By Mail
Date SEP 23 2020

Mailed On
Date SEP 23 2020

Page 1 of 10

grounds that the Defendant, by their conduct, violated rights secured to Plaintiffs by the Constitution and laws of the United States.

    2.    Accordingly, Plaintiffs invoke this Court's federal question jurisdiction as conferred by 28 U.S.C. § 1331.

    3.    Additionally, because the relief sought is pursuant to 42 U.S.C. § 1983, this Court also has jurisdiction under 28 U.S.C. § 1343.

    4.    Because this Court has jurisdiction to address the controversy before it, 28 U.S.C. § 2201 grants the Court authority to declare the rights of the parties before it, and 28 U.S.C. § 2202 authorizes the Court to grant such further relief, including injunctive relief, as the Court may deem necessary and proper.

    5.    Venue is proper in this district pursuant to 28 U.S.C. § 1391(b)(1 & 2) because the Defendants reside in this district, because all events or omissions giving rise to the claim occurred in this district.

**STATEMENT OF CLAIM**

**COUNT 1 CRUEL AND UNUSUAL PUNISHMENT INFLICTED**

**(42 U.S.C. § 1983 et seq.; United States Constitution, Amendment VIII)**

    6.    In Hanapepe, County of Kauai, State of Hawaii, Plaintiffs and their Children who are currently registered homeless, sheltering in place on "Public Property", in the County of Kauai, State of Hawaii. Plaintiffs claim that the locality criminalizes the homeless sleeping on public property on the false premise that they

had a choice in the matter. Id. at 617 *Martin*, Plaintiffs allege Defendants actions violated the U.S. CONSTITUTION Eighth Amendment's prohibition on cruel and unusual punishment, *see MARTIN V. CITY OF BOISE No. 15-35845 D.C. No. 1:09-cv-00540-REB*. Currently the County of Kauai has one shelter located in Lihue with a maximum capacity of 19 occupants with over 500 registered homeless on Kauai, leaving about 90% of the county's homeless to sleep outside on public property at risk of being criminalized by the locality on the false premise that they had a choice in the matter.

7. Plaintiffs allege that the Defendant COUNTY OF KAUAI, subjected Plaintiffs to the criminalization of "sleeping outside on public property" or "sleeping in public" or "sleeping outdoors, on public property" where there is no option of indoor sleeping on the following dates: October 21, 2019 at 5:00 am, November 6, 2019, at approximately 5:30 am, November 8, 2019, at approximately 5:30 am, November 11, 2019, at approximately 5:30 am, November 20, 2019, at approximately 5:30 am, December 5, 2019, (see EXHIBIT A)

8. December 11, 2019, at approximately 6:00 am, KPD Officers arrived at Salt Pond Beach Park which constitutes "Public Property" and arrested and detained Plaintiff Lance Kamuela Gomes, for sleeping in his vehicle in the parking lot on "Public Property" leaving Brandee Leigh Abuan, I. A. G., and B. A. K. G., who were told by officers from KPD, that if they don't leave immediately they too

will be arrested and criminalized for sleeping on "Public Property". KPD officers stated that Plaintiffs had been warned to stay out of the Public Parks.

9. Later that day Plaintiffs obtained camping permits from the County of Kauai for Salt Pond Beach Park, according to the Defendant, residents of the COUNTY OF KAUAI, including the homeless are allotted only 60 consecutive days of permitted camping per year, after the expiration of those days allotted residents including the homeless are continually criminalized for sleeping on "Public Property".

10. The following morning, December 12, 2019, at approximately 5:00 am, Plaintiffs camping permit was removed by Defendant, COUNTY OF KAUAI, and issued criminal citations, once again intentionally criminalizing Plaintiffs for sleeping on "Public Property". Also it seems that if an individual is unaware of the permitting process and receives a citation, those individuals will be red flagged or barred from receiving a camping permit, thus the reason for the confiscation of the permit issued.

11. On January 8, 2020, at approximately 8:00 am, in the District Court of the Fifth Circuit all other charges from numerous criminal citations in which Plaintiffs allege the locality criminalized the homeless for sleeping on public property, on the false premise that they had a choice in the matter, were

"DISMISSED WITH PREJUDICE - IN INTEREST OF JUSTICE" (see EXHIBIT A).

12. On January 15, 2020, at approximately 5:30 am, Defendant, COUNTY OF KAUAI, once again issued criminal citations, in which criminalized Plaintiffs who are homeless for sleeping on public property, on the false premise that they had a choice in the matter ( see EXHIBIT A).

## COUNT 2 INTENTIONALLY INFLICTED EMOTIONAL DISTRESS "IIED" TORT CLAIM.

13. Plaintiffs allege that the Defendant, COUNTY OF KAUAI, by its actions intentionally inflicted emotional distress "IIED", by continually and intentionally criminalizing Plaintiffs who are homeless for sleeping outside on public property, on the false premise that Plaintiffs had a choice in the matter, to the outrageous extent of arresting Plaintiff for sleeping on public property, conduct in which is so outrageous in character, and so extreme in degree beyond all bounds of decency and utterly intolerable in a civilized community, causing Plaintiffs extreme aggravation and extreme emotional distress, resulting in major depression (see EXHIBIT B - Medical Records).

## FIRST CLAIM FOR RELIEF

## COUNT 1 CRUEL AND UNUSUAL PUNISHMENT INFLICTED

## (42 U.S.C. § 1983 et seq.; United States Constitution, Amendment VIII)

14. Plaintiff incorporates all previous paragraphs of this Complaint as if fully set forth here.

15. The Defendant COUNTY OF KAUAI, through their actions and inaction have continually violated the rights of Plaintiffs and others similarly situated.

16. Acting in concert, Defendants violated the U.S. CONSTITUTION EIGHTH AMENDMENTS Prohibition on cruel and unusual punishment, *Martin* applies if the locality criminalizes the homeless sleeping on public property "on the false premise that they had a choice in the matter." Id. at 617.

**SECOND CLAIM FOR RELIEF**

**COUNT 2 INTENTIONALLY INFLICTED EMOTIONAL DISTRESS "IIED" TORT CLAIM.**

17. Plaintiffs and their Children allege they sustained emotional and phycological distress caused by the Defendants repetitious and intentional criminalization of Plaintiffs who are homeless, for sleeping on "Public Property", to the outrageous extent of arresting Plaintiff for sleeping on public property, conduct in which is so outrageous in character, and so extreme in degree beyond all bounds of decency and utterly intolerable in a civilized community, causing Plaintiffs extreme aggravation and emotional distress, resulting in major depression.

## **PRAYER FOR RELIEF**

18.  Wherefore, Plaintiffs respectfully requests that the Court enter judgment in their favor granting the following relief:

A.  Personal Compensatory Damages in the amount of $500,000., to redress grievances and injuries inflicted.

B.  Punitive Damages in the amount of $1,500,000.

C.  A preliminary and permanent injunction abating the cruel and unusual punishment inflicted, alleged herein, to include:

- enjoining Defendant from further criminalizing homeless for sleeping on "Public Property", on the false premise that they had a choice in the matter, as alleged herein;

D.  Costs of court; and

E.  Attorney fees pursuant to 42 U.S.C. § 1988.

//

//

//

//

//

## JURY DEMAND

Plaintiffs demand a jury trial as to all matters triable by jury.

Dated: September 22, 2020.

Respectfully submitted,

By: _____  By: _____
Lance Kamuela Gomes              Brandee Leigh Abuan

P. O. BOX 382
Kalaheo, HI 96741
808-278-8243
kamuela@live.com


## CERTIFICATE AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in dismissal of my case.

Signed on September 22, 2020,       PLAINTIFFS PRO SE

Lance Kamuela Gomes                          Brandee Leigh Abuan

P. O. BOX 382  
Kalaheo, HI 96741  
808-278-8243  
kamuela@live.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above FIRST AMENDED COMPLAINT was served upon:

-COUNTY OF KAUAI, ATTORNEYS OFFICE; 4444 Rice Street, Suite 220 Lihue, HI 96766, 808-241-4930.

By MAIL VIA USPS on the 22nd day of September 2020.

_____                    _____
Lance Kamuela Gomes                                Brandee Leigh Abuan

On behalf of their minor children I.A.G(m) and B.A.K.G.(f).

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above FIRST AMENDED COMPLAINT was served upon:

-COUNTY OF KAUAI, ATTORNEYS OFFICE; 4444 Rice Street, Suite 220 Lihue, HI 96766, 808-241-4930.

By MAIL VIA USPS on the 22nd day of September 2020.

_____                    _____
Lance Kamuela Gomes                                Brandee Leigh Abuan

On behalf of their minor children I.A.G(m) and B.A.K.G.(f).