# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| LANCE KAMUELA GOMES, et al., | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 20-00189 JMS-WRP |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| COUNTY OF KAUAI, | November 24, 2020 |
| Defendant(s). | At 12 o'clock and 55 min p.m.<br>MICHELLE RYNNE, CLERK |

[ ]   **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

On November 24, 2020, the Court issued its Order, ECF 57: "ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT" ("November 24, 2020 Order"),

IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Defendant pursuant to and in accordance with the November 24, 2020 Order.



| | | |
|---|---|---|
| November 24, 2020 | | MICHELLE RYNNE |
| Date | | Clerk |
| | | /s/ Michelle Rynne by J.O. |
| | | (By) Deputy Clerk |